IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBEN VEGA, | ) |
| | ) |
| Petitioner, | ) Case No. 1:09-cv-38-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| J.F. MAZURKIEWICZ, *et al.* | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

The instant petition for writ of habeas corpus was received by the Clerk of Court on February 23, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on May 17, 2011 [16], recommends that the instant petition for writ of habeas corpus be denied and that a certificate of appealability also be denied. Petitioner's objections [17] were filed on June 6, 2011.

After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

AND NOW, this 8th Day of June, 2011;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DENIED. Inasmuch as reasonable jurists would not find it debatable whether

the instant petition lacks merit and should be denied, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on May 17, 2011 [16], is adopted as the opinion of the Court.

            s/ <u>Sean J. McLaughlin</u>
            SEAN J. McLAUGHLIN
            United States District Judge

Cm: All parties of record.
   U.S. Magistrate Judge Susan Paradise Baxter